UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER PETERSON, JR., | No. C 11-2375 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2013

SUSAN ILLSTON
United States District Judge